# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

NOVEMBER 14, 2019

**BY ECF / EX PARTE**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

11/15/2019
The request is denied.
SO ORDERED.

*/s/ Paul A. Crotty*

Re:  *United States v. Dawdu Marriott*, 18 Cr. 339 (PAC)

Dear Judge Crotty:

This letter is a request to modify bail conditions so that Mr. Marriott may be allowed to attend a family event on November 16, 2019 from the hours of 6pm-9pm. The event a Baby shower, is in the Eastern District of New York located at 227-02 Linden Boulevard, Cambria Heights New York.  I have corresponded with the Government and they take no position. I also corresponded with Pretrial services which relayed to me as a matter of policy they would not agree to a social event for a client who is on home detention. Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery