# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

NOVEMBER 22, 2019

11/22/2019

**BY ECF / EX PARTE**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The request is denied*

*So Ordered*

*Paul A. Crotty*
*USDJ*

Re: *United States v. Dawdu Marriott*, 18 Cr. 339 (PAC)

Dear Judge Crotty:

This letter is a request to modify bail conditions so that Mr. Marriott may be allowed to attend Thanksgiving family dinner at his sisters home located at 8915 Parsons Blvd, Jamaica, NY 11432, from the hours of 3pm-9pm. The address is in the Eastern District of New York. I have corresponded with the Government and they take no position as to this request. I also corresponded with Pretrial services which relayed to me as a matter of policy they would not agree to a social event for a client who is on home detention. Thank you for the Court's time and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
11-22-19

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery