UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA : **ORDER**

  - v. - : **S1 18 Cr. 339 (PAC)**

DAWDU MARRIOTT,

                Defendant. :
- - - - - - - - - - - - - - - - -X

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 19, 2019;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;



IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
         Dated: ~~October~~ __, 2019
                  December 19

                                    SO ORDERED:

                                    _____
                                    /s/ Paul Crotty
                                    HONORABLE PAUL A. CROTTY
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK